STATE FARM MUTUAL AUTOMOBILE INSURANCE Co., Appellant, v ROBERT MALLELA, et al., Respondents.

Submitted December 13, 2004; decided December 16, 2004

Motion by Gregory V. Serio, Superintendent of Insurance of the State of New York, for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

U.S. UNDERWRITERS INSURANCE COMPANY, Respondent-Appellant, v CITY CLUB HOTEL, LLC, et al., Appellants-Respondents, et al., Respondents.

Submitted December 13, 2004; decided December 16, 2004

Motion by United Policyholders for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.